# UNITED STATES DISTRICT COURT
## for the
### District of
#### Division

|  |  |
|---|---|
| Gregg J. Moree<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>Steve Wynn, Wayne Huizenga, Sal DiDomenico, Michael E. Capauano, Carlos Vidueira, Alex Muto, John Fish and Mark Erlich<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gregg J Moree |
| Street Address | 25 Fairfield St |
| City and County | Cambridge, Middlesex County |
| State and Zip Code | Massachusetts 02140 |
| Telephone Number | 617-710-5574 |
| E-mail Address | gjmoree@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Steve Wynn |
| Job or Title *(if known)* | |
| Street Address | 3131 Las Vegas Blvd. South |
| City and County | Las Vegas, Clark County |
| State and Zip Code | Nevada 89109 |
| Telephone Number | 702-770-7000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Wayne Huizenga |
| Job or Title *(if known)* | |
| Street Address | 4200 North Flagular Drive |
| City and County | West Palm Beach, Palm Beach County |
| State and Zip Code | Florida 33407 |
| Telephone Number | 561-844-1800 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Sal DiDomenico |
| Job or Title *(if known)* | |
| Street Address | 24 Beacon St Room 208 |
| City and County | Boston, Suffolk County |
| State and Zip Code | Massuchetts, 02133 |
| Telephone Number | 617-722-1650 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Michael E. Capuano |
| Job or Title *(if known)* | |
| Street Address | 1414 Longworth House Office Building |
| City and County | Washington, DC |
| State and Zip Code | Washington, DC 20515 |
| Telephone Number | 202-225-5111 |

Defendant # 5

| | |
|---|---|
| Name | Carlos Vidueira |
| Job or Title (if known) | |
| Street Address | 4200 North Flagular Drive |
| City and County | West Palm Beach, Palm Beach County |
| State and Zip Code | Florida 33407 |
| Telephone Number | 561-844-1800 |
| E-mail Address (if known) | |

Defendant # 6

| | |
|---|---|
| Name | Alex Muto |
| Job or Title (if known) | |
| Street Address | 4200 North Flagular Drive |
| City and County | West Palm Beach, Palm Beach County |
| State and Zip Code | Florida 33407 |
| Telephone Number | 561-844-1800 |
| E-mail Address (if known) | |

Defendant # 7

| | |
|---|---|
| Name | John Fish |
| Job or Title (if known) | |
| Street Address | 65 Allerton St |
| City and County | Boston, Suffolk |
| State and Zip Code | Massachusetts 02119 |
| Telephone Number | (617) 445-3500 |
| E-mail Address (if known) | |

Defendant # 8

| | |
|---|---|
| Name | Mark Erlich |
| Job or Title (if known) | |
| Street Address | 48 Peter Parley Rd. |
| City and County | Jarnaica Plain, Suffolk County |
| State and Zip Code | Massachusetts 02130 |
| Telephone Number | 617-438-8013 |
| E-mail Address (if known) | |

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question         ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Gregg J. Moree, is a citizen of the State of *(name)* Massachusetts.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

       The defendant, *(name)* _____, is a citizen of
       the State of *(name)* _____. Or is a citizen of
       *(foreign nation)* _____.

    b.    If the defendant is a corporation
       The defendant, *(name)* _____, is incorporated under
       the laws of the State of *(name)* _____, and has its
       principal place of business in the State of *(name)* _____.
       Or is incorporated under the laws of *(foreign nation)* _____,
       and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

----------

Because my family was (and is) a pioneer family in the Palm Beach County Historical Society, listed in Conchtown USA book, my family's heritage was involved in my having the contacts in question in the first place. I feel that, in addition to monetary loss, there was also irreparable damage to my family's reputation and historical property.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

-------

On or about January 31st 2012 I met Michael Capuano and Dan Ryan at Mr. Capuano's office to discuss my interview of the Honey Fitz boat. I gave him information for where to contact people in Florida about that boat. Mr. Wynn's boat is the next yacht over and I gave them information about that contact information, too.
I gave this information with the understanding that I would be involved in negotiations, and profits, as a finder's fee from them using this contact information to facilitate the contracts for the building of the casino. Instead all of the defendants conspired to leave me out of any deals regarding the casino.
The above defendants also conspired in Florida to jeopardize my land deal for 100 21st St. in Riviera Beach, FL and my involvement in the Wynn Harbor Casino when they went to Florida, on and before September 14th, 2014.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

-----------

One and a half percent of interest in the Casino in Everett, MA. $4,000,000 to replace my property deal for 100 21st Street in Riviera Beach, Fl. A Boat slip in Rybovich Yacht in West Palm Beach Florida. A park in memory of grandmother, Edith Moree, on 13th Street in Riviera Beach, FL. built by Suffolk Construction. A job as Union carpenter foreman and CEO of Wynn Harbor Casino in Everett, MA. An agreement for the Carpenters Union to build 6 skyscrapers on North Flaglar Drive in West Palm Beach, FL.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff                                       *[signature: Gregg J Moree]*
Printed Name of Plaintiff          Gregg J. Moree

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

   State and Zip Code    _____
   Telephone Number    _____
   E-mail Address     _____

On or about January 31st 2012 I met Michael Capuano and Dan Ryan at Mr. Capuano's office to discuss my interview of the Honey Fitz boat. I gave him information for where to contact people in Florida about that boat. Mr. Wynn's boat is the next yacht over and I gave them information about that contact information, too.

I gave this information with the understanding that I would be involved in negotiations, and profits, as a finder's fee from them using this contact information to facilitate the contracts for the building of the casino. Instead all of the defendants conspired to leave me out of any deals regarding the casino.

The above defendants also conspired in Florida to jeopardize my land deal for 100 21st St. in Riviera Beach, FL and my involvement in the Wynn Harbor Casino when they went to Florida, on and before September 14th, 2014.

----------------------------------------

One and a half percent of interest in the Casino in Everett, MA. $4,000,000 to replace my property deal for 100 21st Street in Riviera Beach, Fl. A Boat slip in Rybovich Yacht in West Palm Beach Florida. A park in memory of grandmother, Edith Moree, on 13th Street in Riviera Beach, FL. A job as Union carpenter CEO of Wynn Harbor Casino in Everett, MA. An agreement for the Carpenters Union to build 6 skyscrapers on North Flagular Drive in West Palm Beach, FL.

-----------------

Because my family was (and is) a pioneer family in the Palm Beach Historical Society, listed in Conchtown USA book, my family's heritage was involved in my having the contacts in question in the first place. I feel that, in addition to monetary loss, there was also irreparable damage to my family's reputation and historical property.