**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                )
Gregg J. Moree                                  )
                                                )          Civil Action No.
                  Plaintiff,                    )          1:18-cv-10560- LTS
                                                )
v.                                              )
                                                )
                                                )
Steve Wynn, et al                               )
                                                )
                  Defendant.                    )
_____)

## ORDER OF DISMISSAL& CLOSING ORDER

SOROKIN, J

The Court having been advised that the above captioned action settled:

In accordance with the [21] order entered June 7, 2018 this case is hereby dismissed and closed.

By the Court,


 /s/ Maria Simeone___
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin


To: All Counsel